No. 04–9627. BALLINGER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9631. DAVILA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9642. THOMAS *v.* ROMANOWSKI, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–9657. HORNING *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–9671. RIVERA *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 04–9690. WILLIAMS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 04–9692. SOUTHWOOD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9702. MOONEY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–9710. WINKLES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–9731. ARCHER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9740. LOGAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9783. NICHOLAS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–9795. HAMZAH *v.* FEDERAL EXPRESS GROUND PACKAGE SYSTEM, INC. C. A. 7th Cir. Certiorari denied.

No. 04–9878. LITTLE *v.* EVANS, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9880. CRAIN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–9881. COLE *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.